IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re: Nomination Petition of        :
Joseph Vodvarka as a Candidate of the   :
Democratic Party for the United States   : No. 126 M.D. 2016
Senate in the Primary Election of      :
April 26, 2016                    :
                                    :
Petition of: Joseph A. Sestak, Jr.      :

## _AMENDING ORDER_

AND NOW, this 31st day of March, 2016, the second sentence of the first full paragraph of my dissenting opinion in the above-matter, filed March 30, 2016, is amended to reflect the following correction:

> Unlike the Majority, I would conclude that a discrepancy between an elector's listed address on a nomination petition and the address indicated in the voter registration record is an amen**d**able defect when: (1) the elector's signature on the nomination petition matches that of his/her registration card; (2) the elector is a registered voter affiliated with the political party of the candidate; and (3) the address listed on the nomination petition is within the same county and/or political district of the candidate.

_____
PATRICIA A. McCULLOUGH, Judge